UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE AINSLEY LEO EWERS,

                Plaintiff,

-against-

NEW YORK EYE & EAR HOSPITAL,

                Defendant.

23-CV-2303 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 8, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 8, 2023
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                          Chief United States District Judge